Argued and submitted July 23, affirmed September 5, petition for review denied
November 21, 2007 (343 Or 467)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## KIRK LORNE WILLIAMS,
*Defendant-Appellant.*

Washington County Circuit Court
C031181CR; A125992

167 P3d 485

Andy Simrin argued the cause and filed the brief for appellant.

Joanna Jenkins, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Brendan C. Dunn, Assistant Attorney General.

Before Haselton, Presiding Judge, and Rosenblum, Judge, and Deits, Judge pro tempore.

PER CURIAM

**PER CURIAM**

Defendant appeals his convictions for a variety of sex offenses, raising four assignments of error. We reject defendant's first, third, and fourth assignments of error without discussion. Further, we reject defendant's second assignment of error, pertaining to the trial court's denial of defendant's motion to require the state to make pretrial elections regarding the specific acts alleged in the indictment, based on the analysis set forth in *State v. Magana*, 212 Or App 553, 159 P3d 1163 (2007).

Affirmed.